[No. 6113-9-II.  Division Two.  May 25, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
J. HYDER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 81-1-00596-1, William L. Brown, Jr., J., entered January 8, 1982. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Petrie and Reed, JJ.

[No. 12642-3-I.  Division One.  May 29, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD
RAY SINCLAIR, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82-1-01752-0, Patricia H. Aitken, J., entered December 14, 1982. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Swanson and Ringold, JJ.

[No. 11309-7-I.  Division One.  May 29, 1984.]

POINT ROBERTS REALTY, INC., ET AL, *Appellants,* v.
GLORIA RENO, *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 80-2-01305-6, Jack S. Kurtz, J., entered January 8, 1982. *Affirmed* by unpublished opinion per Corbett, A.C.J., concurred in by Callow, J., and Johnsen, J. Pro Tem.